No. 87–1114. WHITMER v. STATE BAR OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 87–1116. ADUDDELL v. GAF CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1118. BELFIORE, DBA NUTMEG NEWS, ET AL. v. NEW YORK TIMES CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1121. HOSCH v. HOSCH. Ct. App. Ga. Certiorari denied.

No. 87–1126. SPORTS DESIGN & DEVELOPMENT, INC., ET AL. v. JAMES HEDDON'S SONS, INC. C. A. 5th Cir. Certiorari denied.

No. 87–1128. PEABODY COAL CO. v. MAURYA. C. A. 6th Cir. Certiorari denied.

No. 87–1135. CADBY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 87–1136. AMERICAN COMMERCIAL LINES, INC., ET AL. v. DAVIS ET UX. C. A. 6th Cir. Certiorari denied.

No. 87–1138. AMF TUBOSCOPE, INC. v. HOUSTON OIL & MINERALS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1153. TORRES v. ILLINOIS BELL TELEPHONE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1172. BEALE v. O'NEILL ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–1181. GAYTON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 87–1210. AFFELDT v. CARR, MAGISTRATE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 87–5454. WRENN v. GOULD ET AL. C. A. 6th Cir. Certiorari denied.